the common-law system, and to simplify the rules of procedure, we cannot give effect to that purpose by yielding to the refinements contended for by plaintiff in error, and hold that separate suits must be brought upon the two causes of action stated. The court did not err in overruling the demurrer for the misjoinder of causes of action.

The third assignment of error, that the verdict was excessive, is not well taken. At page 36B of the case-made, under the head of "Suggested Amendments," it is shown that the defendant in error received from the bank on the two notes the sum of $350, and paid thereon $424.07, making a total payment of interest of $74.07, and the amount of plaintiff's verdict, being $148.14, is exactly twice the amount of the total interest paid— the amount of recovery authorized.

The judgment of the trial court should be affirmed.

By the Court: It is so ordered.

---

## STREETER v. McCOY.

No. 2003.   Opinion Filed August 20, 1912.

(126 Pac. 216.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where plaintiff in error fails to comply with the rules of this court, requiring him to serve a brief on counsel for defendant in error and at the same time to file fifteen copies of his brief with the clerk of the court, his case, on being reached for submission, will be dismissed.

(Syllabus by Sharp, C.)

*Error from Noble County Court;*
*H. E. St. Clair, Judge.*

Action by A. L. Streeter against Ray McCoy. Judgment for defendant, and plaintiff brings error. Dismissed.

*J. Q. Louthan* and *Scott & Cowley,* for plaintiff in error.

*Henry S. Johnston,* for defendant in error.

Opinion by SHARP, C.   The petition in error in this case was filed in this court on September 20, 1910.   Plaintiff in error has filed no brief, neither has he asked for an extension of time in which to file a brief.   Upon the authority of *Douglas v. Clayton Townsite Co.,* 29 Okla. 9, 115 Pac. 1016, and other cases cited in the opinion of the court, the appeal should be dismissed.

By the Court:   It is so ordered.

## STREETER v. HUENE.

No. 2004.   Opinion Filed August 20, 1912.

(126 Pac. 216.)

**APPEAL AND ERROR**—Failure · to File Brief '—Dismissal.   Where plaintiff in error fails to comply with the rules of this court, requiring him to serve a brief on counsel for defendant in error and at the same time to file fifteen copies of his brief with the clerk of the court, his case, on being reached for submission, will be dismissed.

(Syllabus by Sharp, C.)

*Error from Noble County Court;*
*H. E. St. Clair, Judge.*

Action by Leo H. Huene against A. L. Streeter.   Judgment for plaintiff, and defendant brings error.   Dismissed.

*J. Q. Louthan* and *Scott & Cowley,* for plaintiff in error.
*Henry S. Johnston,* for defendant in error.

Opinion by SHARP, C.   The petition in error in this case was filed in this court on September 20, 1910.   Plaintiff in error has filed no brief, neither has he asked for an extension of time in which to file a brief.   Upon the authority of *Douglas v. Clayton Townsite Co.,* 29 Okla. 9, 115 Pac. 1016, and other cases cited in the opinion of the court, the appeal should be dismissed.

By the Court:   It is so ordered.